# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT HANSON,<br><br>                  **Plaintiff,**<br><br>vs.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY,<br><br>                  **Defendant.** | **8:20CV12**<br><br>**ORDER SETTING TRIAL** |

This matter is before the Court following a planning conference held with counsel for the parties on October 1, 2021, before the undersigned magistrate judge. In accordance with the matters discussed during the planning conference and for good cause shown,

**IT IS ORDERED:**

1) The jury trial of this case is set to commence before Robert F. Rossiter, Jr., Chief United States District Judge, in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **May 6, 2022**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **April 18, 2022**, at **11:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov, in Word format, by **3:00 p.m.** on **April 11, 2022**.

3) Motions in limine shall be filed seven (7) days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

Dated this 1st day of October, 2021.

                                                                          BY THE COURT:

                                                                          s/Michael D. Nelson
                                                                          United States Magistrate Judge